UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60012-CR-COHN

UNITED STATES OF AMERICA,

v.

JAMES HASHIM,

        DEFENDANT.
_____/

GOVERNMENT'S MOTION UNDER SECTION 5K1.1
OF THE SENTENCING GUIDELINES

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests pursuant to Section 5K1.1 of the Sentencing Guidelines, that the defendant be sentenced below the applicable advisory guideline range, and states as follows:

      1.      On February 1, 2013, defendant Hashim pled guilty to Count I of the Information charging him with Conspiracy to Commit the following offenses: Bribery in Programs Receiving Federal Funds; Making False Statements in Connection With Federal Highway Projects; Engaging in Mail Fraud; Committing Extortion; and Defrauding the United States By Impairing and Impeding the Assessment and Collection of Internal Revenue Taxes, all in violation of Title 18, United States Code, Section 371. Based on an offense level of 29 and Criminal History Level of 1, Hashim's imprisonment was initially calculated to be 87 to 108 months. As the statutory maximum for the offense charged is sixty months, his guideline imprisonment range is 60 months.

2. The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed violations of federal law. The government respectfully requests the opportunity to fully inform the Court, at the time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/Jeffrey N. Kaplan
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO. A05500030
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 660-5695
(954) 356-7230
jeffrey.kaplan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to counsel for the defendant, John Cotrone, through the CM/ECF system.

s/Jeffrey N. Kaplan
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY