UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60012-CR-COHN-SELTZER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ANTHONEEL ALLEN, and
JAMES HASHIM,
        Defendants.
_____/

## SECOND FINAL ORDER OF FORFEITURE

Upon the United States' motion for a second final order of forfeiture pursuant to the procedures of Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

1. On January 21, 2013, the United States filed an Information charging the above-referenced defendants with a one count Conspiracy To Commit the following offenses: Bribery in Programs Receiving Federal Funds; Making False Statements in Connection With Federal Highway Projects; Engaging in Mail Fraud; Committing Extortion, and Defrauding the United States By Impairing and Impeding the Assessment and Collection Of Internal Revenue Taxes, all in violation of Title 18, United States Code, Section 371.

2. The Information further included forfeiture allegations seeking forfeiture in the amount of $3 Million dollars, which amount represented the amount of proceeds traceable to the conspiracy violations charged, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and the procedures of Title 21, United States Code, Section 853.

## DEFENDANT ANTHONEEL ALLEN

3. On February 13, 2013, defendant Anthoneel Allen plead guilty to Count 1 of the Information which charged the defendant with the conspiracy referenced above in paragraph number one of this motion. In his plea agreement (DE 28) defendant also agreed at page 6, paragraph 12 therein, to forfeit to the United States the sum of $3 Million dollars, representing the amount of proceeds fraudulently obtained by him from the Count 1 conspiracy activities.

4. On April 29, 2013, the Court entered a preliminary order of forfeiture (DE60) against the $814,000.00 initial payment made by defendant Allen, and a money judgment against both defendants, jointly and severally liable, for the balance of the $3 Million dollars in proceeds, that is, $2,186,000.00, in favor of the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), etc.

5. On September 12, 2013, the Court entered a final order of forfeiture (DE78) against the $814,000.000 initial payment made by defendant Allen, and a money judgment against both defendants jointly and severally liable, for the balance of the $3 Million dollars in proceeds, that is $2,186,000.00, in favor of the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), etc.

6. On April 24, 2015, the United States filed a motion (DE81) to forfeit the real property subject of this motion as a substitute asset to partially satisfy the balance of the outstanding money judgment. The real property was owned by defendant Anthoneel Allen.

7. On April 27, 2015, the Court entered an amended preliminary order of forfeiture (DE82) against the real property, located at 9360 NW 40th Court, Sunrise, FL 33351.

8. On May 8, 2015, a Notice of Forfeiture was published in the Notice of Criminal Forfeiture (entry of the amended-preliminary order) was posted on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days. The published notice stated

the intent of the United States to forfeit all right title and interest in, and to dispose of the property identified in the amended-preliminary order of forfeiture; advised all third parties, if any, of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with Title 21, U.S.C. § 853(n)(3), within thirty (30) days after the earlier of the final date of publication of the notice or the receipt of actual notice. The time for filing any petition/s has expired.

9. The Proof of Publication of the Notice of Forfeiture was filed with the Clerk of this Court on July 6, 2015. (DE84)

10. Under the provisions of Title 21, United States Code, Section 853(n)(2), any person claiming an interest in the property at issue must file a petition with the Court within thirty (30) days of the final publication of notice or her receipt of notice, whichever is earlier.

11. As of the date of this motion, no person or persons have filed a petition with the Court, pursuant to said Notice of Forfeiture and the deadline to do so expired. The United States is not aware of any person/s or entities, other than defendant, who may have an interest in the real property identified in the Amended Preliminary Order of Forfeiture entered in this action, as further identified in paragraph (7) above, who has not been given notice as required by law.

Based on all the above, and pursuant to Title 21, United States Code, Section 853(n)(7), Rule 32. 2(c)(2) of Federal Rules of Criminal Procedure, and for good cause shown, the United States is entitled to a second final order of forfeiture against the real property. Accordingly, it is hereby,

**ORDERED, ADJUDGED and DECREED** that all right, title and interest in the real property, located at 9360 NW 40th Court, Sunrise, FL 33351, referenced in paragraph (7) above,

is hereby transferred, forfeited to and vested in the United States of America. The United States shall, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853(n)(7), have clear title vested to the above real property.

**IT IS FURTHER ORDERED** that the United States Marshals Service, or any other duly authorized law enforcement agency, may dispose of the forfeited property in accordance with the law.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 10th day of July 2015.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Cc: all counsel of record